[291] JOHN WAHRENBERGER vs. JOHN HORAN —Writ of Error from Travis County.

Where suit was brought before a justice of the peace on a promissory note, and the defendant confessed judgment and appealed to the district court, where the appeal was dismissed and a *procedendo* awarded: *Held*, that such judgment was erroneous, under the 58th section of the act of 1846, "to regulate proceedings in the district courts."

The facts of this case are presented in the opinion of the court.

*Duval*, for plaintiff in error.

*Lee*, for defendant in error.

Mr. Justice WHEELER delivered the opinion of the court.

This suit was brought before a justice of the peace upon a promissory note. The defendant confessed judgment and appealed. The case was submitted to the district court, where the appeal was dismissed and a *procedendo* awarded. This judgment was erroneous. The district court ought to have given judgment upon the note for its contents, and ten per cent. damages upon the amount of the judgment of the justice, according to the provision of the 58th section of the "act to regulate proceedings in the district courts," Acts of 1846, 377, sec. 58, and to have made this the judgment of the district court, instead of directing the justice to proceed to execution.

The judgment of the district court must be reversed, and such judgment now here rendered as that court ought to have rendered in the premises.